UNITED STATES OF AMERICA,
Plaintiff,

vs. **Civil No. 3:09-cv-00101-J-20-MCR**

DONALD F. HANKS;
JENNIFER SPANGLER ARNSTEIN;
ALICE B. HANKS;
DENNIS W. HOLLINGSWORTH,
Tax Collector of St. Johns County, Florida;
ROTHERWICK TRADE VENTURES;
AMSOUTH RETIREMENT SERVICES, INC.,
Formerly known as RETIREMENT
ACCOUNTS, INC., Trustee;
VILLA DEL MAR HOMEOWNERS
ASSOCIATION, also known as
VILLA DEL MAR CLUSTER HOMES, INC.,
Defendants.

# Declaration

Pursuant to an Order of Sale filed February 4, 2013, the Internal Revenue Service conducted a public auction sale of the real property against which the court ordered the foreclosure of the Federal Tax Lien. On behalf of the United States, plaintiff, the Property Appraisal and Liquidation Specialist, submits the following Declaration of the sale.

1. On September 10, 2013 at 12:00 PM, at 1188 Ponte Vedra Blvd., Ponte Vedra Beach, FL, the United States sold at public auction the property described in the Order of Sale as "Parcel 1". There were thirteen (13) registered bidders at the sale.

2. For four weeks prior to September 10, 2013, the attached Notice of Sale was published in the St. Augustine Record, a newspaper which has general circulation in the county where this subject property is situated. Said notice was published on August 14, August 21, August 28 and September 4, 2013. The publisher's affidavit will be attached to the Report of Sale.

3. The property was sold to the highest bidder: James and Robert Smith, P.O. Box 51528, Jacksonville Beach, FL 32240 for $627,000.00. James and Robert Smith paid $50,000.00 on September 10, 2013 meeting the requirement to pay 20% of the minimum bid on the day of sale. Those funds were deposited with the Clerk of the United States District Court for the Middle District of Florida on September 10, 2013. The remainder of the successful bid was deposited with the Court on November 13, 2013.

4. The Internal Revenue Service incurred a total of $4,299.38 in expenses. The expenses are as follows:

Ex A

St. Augustine Record- 1 News Pl., St. Augustine, FL 32086
Legal ads (four consecutive weeks)
$1,474.86

AFX, LLC- 4251 S. Higuera St., Ste. 701, San Luis Obispo, CA 93401
Title search
$159.95

ServPro of Mandarin- P.O. Box 24651, Jacksonville, FL 32241
House cleaning
$750.00

A-1-A Lock & Key, Inc.- 333 2nd Ave. N, Jacksonville Beach, FL 32250
Locksmith
$105.00

Tree Masters- 512 Rutile Dr., Ponte Vedra Beach, FL 32082
Tree removal
$300.00

1-800-Got-Junk?- 12180 Philips Hwy., Jacksonville, FL 32256
Junk removal
$1,344.00

Beaches Energy- P.O. Box 51389, Jacksonville Beach, FL 32240
Electricity
$36.44

Loopnet, Inc.- 1801 W. Olympic Blvd., Pasadena, CA 91199
Online advertisement
$79.14

Landwatch- 3350 161st Ave. SE, Bellevue, WA 98008
Online advertisement
$49.99

All of these expenses have been paid by the Service as of this date.

I declare under penalty of perjury that the foregoing is true and correct, executed on this 25th day of November, 2013.

Digitally signed by Paul Reed
DN: cn=Paul Reed, o=AI/PALS, ou, email=paul.reed@irs.gov, c=US
Date: 2013.11.25 13:02:45 -05'00'

Paul Reed
Date: November 25, 2013
Property Appraisal & Liquidation Specialist
Internal Revenue Service
1899 Powers Ferry Rd., Ste. 250
Atlanta, GA 30339
(770)826-1271 (mobile)

**DAILY JOURNAL CORPORATION**
**CALIFORNIA NEWSPAPER SERVICE BUREAU**
P.O. Box 54026 LOS ANGELES CALIFORNIA 90054-0026
PHONE: (213) 229-5300 FAX (213) 229-5481
FEDERAL TAX ID:95-4133299

**LEGAL ADVERTISING INVOICE**

| Invoice Number | Date |
|---|---|
| B2512059 | 9/10/2013 |
| Customer Account Number: 1124136826 | |
| Customer Payment Reference | |
| Special Project | |

**For payment processing, please forward to:** Page 1 of 1

PAUL REED
IRS/PALS GP 1 ATLANTA, GA)
1899 POWER FERRY RD STE 250
ATLANTA, GA 30339 USA

**Ordered by:**
PAUL REED
IRS/PALS GP 1 ATLANTA, GA)
1899 POWER FERRY RD STE 250
ATLANTA, GA 30339 USA

**DUE UPON RECEIPT**

| Type | Order No | Description | Amount |
|---|---|---|---|
| Invoice | B2512059 | HANK PONTE VEDRA BLVD<br>IRSJUD IRS JUDICIAL NOTICE<br>70275 ST. AUGUSTINE RECORD<br>08/14,08/21,08/28,09/04/2013<br>LEGAL SECTION SET 1 COL WIDE SEND COST ASAP SEND E-TEAR SAME DAY AD PUBLISHES<br>*publish 4x* 1,474.86 | 1,474.86 |

| | |
|---|---|
| **PLEASE PROCESS FOR PAYMENT IMMEDIATELY. DUE UPON RECEIPT.**<br>**Please make check payable to: Daily Journal Corporation** | **Total:** 1,474.86<br>**Payment:** 0.00<br>**Please Pay:** 1,474.86 |

| | Invoice Date | Invoice Number | Customer Number |
|---|---|---|---|
| Please detach and return this portion with payment. To ensure proper credit to your account, please write your customer number on your check. If you have any questions about your account, please call 6024179900. | 9/10/2013 | B2512059 | 1124136826 |

*A0000031942 70*

| | |
|---|---|
| Government Advertising - Division 1124 | Please Pay **1,474.86** |
| DAILY JOURNAL CORPORATION<br>CALIFORNIA NEWSPAPER SERVICE BUREAU<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 54026<br>LOS ANGELES, CA 90054-0026 | PAUL REED<br>IRS/PALS GP 1 ATLANTA, GA)<br>1899 POWER FERRY RD STE 250<br>ATLANTA, GA 30339 USA |

# THE ST. AUGUSTINE RECORD

COPY

CALIFORNIA NEWSPAPER SERVICES
PO Box 60460
LOS ANGELES CA 90060

Ref.#: L2240-13
P.O.#: 1188PVBLVD

PUBLISHED EVERY MORNING SUNDAY THRU SATURDAY
ST. AUGUSTINE AND ST. JOHNS COUNTY, FLORIDA

STATE OF FLORIDA,
COUNTY OF ST. JOHNS

Before the undersigned authority personally appeared **STEVEN SMITH**

who on oath says that he/she is an Employee of the St. Augustine Record,

a daily newspaper published at St. Augustine in St. Johns County, Florida:

that the attached copy of advertisement being a **NOTICE OF SALE**

In the matter of **3:09-CV-00101-J-20-M - USA V HANKS**

was published in said newspaper on **08/14/2013, 08/21/2013, 08/28/2013 09/04/2013**

Affiant further says that the St. Augustine Record is a newspaper published at St. Augustine, in said St. Johns County, Florida, and that the said newspaper heretofore has been continuously published in said St. Johns County, Florida, each day and has been entered as second class mail matter at the post office in the City of St. Augustine, in said St. Johns County, for a period of one year preceding the first publication of the copy of advertisement; and affiant further says that he/she has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing the advertisement for publication in the said newspaper.

Sworn to and subscribed before me this ______ day of SEP 04 2013

by [signature] who is personally known to me or who has produced as identification

[signature]

(Signature of Notary Public) (Seal)

TIFFANY M. L... MY COMMISSION # FF... EXPIRES December 13, 2016

*A0000031448 10*

**NOTICE OF JUDICIAL AUCTION SALE**

Pursuant to an Order of Sale entered in United States of America v. Donald F. Hanks; Jennifer Spangler Arnstein; Alice B. Hanks; Dennis W. Hollingsworth; Rotherwick Trade Ventures; Amsouth Retirement Services, Inc.; Villa Del Mar Homeowners Association, Civil Action No. 3:09-cv-00101-J-20-MCR, United States District Court for the Middle District of Florida, Jacksonville Division, the United States will offer to sell at public auction, to the highest bidder, according to law and pursuant to the terms and conditions set herein, the property described below.

**Date:** September 10, 2013

**Time:** 12:00 PM

**Place of Sale:** 1188 Ponte Vedra Blvd., Ponte Vedra Beach, FL 32082

**Title Offered:** The property shall be offered for sale at public auction, free and clear of all liens and interests of the parties to this action.

**Description of Property:** A 4 Bedroom, 3.5 Bathroom single family residence, Gross area 4,492(3,290 heated) sq ft. built in 1989. In addition, a 2 bedroom, 1 bathroom (approx. 800-1000 sq. ft.) cottage located between the marsh and the inlet. The total acreage is 1.82.

**Property address:** 1188 Ponte Vedra Blvd., Ponte Vedra Beach, FL 32082

**Legal Description:** A part of Government Lot 1, Section 23, Township 4 South, Range 29 East, St. Johns County, Florida, more particularly described as follows: For a point of reference commence at the Southwest corner of Lot 17, Block 1, Ponte Vedra Beach Oceanfront Estates Section, as recorded in Map Book 7, Pages 11 and 12, of the Public Records of St. Johns County, Florida; thence South 78 degrees, 10 minutes, 10 seconds West along the Westerly projection of the Southerly line of said Lot 17, a distance of 100 feet to the Westerly right of way line of State Road A-1-A (as now established as a 100 foot right of way); thence South 11 degrees, 49 minutes, 50 seconds East, along said Westerly right of way line of State Road A-1-A, a distance of 10 feet to the Point of Beginning; thence North 11 degrees, 49 minutes, 50 seconds West along said Westerly right of way line of State Road A-1-A, a distance of 100 feet; thence South 78 degrees, 10 minutes, 10 seconds West, along the Westerly projection of the South line of the Northerly 70 feet of Lot 17, of aforementioned Block 1, a distance of 734 feet, more or less to the West line of aforesaid Government Lot 1, thence Southerly along said West line of Government Lot 1, a distance of 100 feet more or less to a point which lies South 78 degrees, 10 minutes, 10 seconds West from the Point of Beginning; thence North 78 degrees, 10 minutes, 10 seconds East along the Westerly projection of the South line of the Northerly 10 feet of Lot 18, of aforementioned Block 1, a distance of 730 feet more or less to the Point of Beginning.

Subject to covenants and restrictions set forth in the instrument recorded in Deed Book 211, page 165, Public Records of St. Johns County, Florida, to riparian rights and title to any portion of the property lying below the normal mean high water mark of any body of water and to the rights of the public or any governmental entity to any marsh or wetlands.

Parcel No. 067375-0020 and 067375-0025

**Property may be inspected at:** 1188 Ponte Vedra Blvd., Ponte Vedra Beach, FL 32082 at the Open House on September 10, 2013 from 10:00 AM to 12:00 PM.

**MINIMUM BID - $250,000.00.**

The Terms of payment: No bid (except for bids made bythe United States) shall be accepted by the IRS, unless the same is accompanied by a certified check, money order or cashier's check in the amount of 20% of the minimum bid made payable to the Clerk of the United States District Court for the Middle District of Florida. Before being permitted to bid at the sale, all bidders shall display to the IRS proof that they are able comply with this requirement. No bids will be accepted from any

by ______________________ who is personally known to me
or who has produced [illegible]

______________________
(Signature of Notary Public) (Seal)

Parcel No. 067375-0020 and 067375-0025
Property may be inspected at: [illegible] Ponte Vedra Blvd., Ponte Vedra Beach, FL 32082 at the Open House on September 10, 2013 from 10:00 AM to 12:00 PM.

**MINIMUM BID - $250,000.00.**

The Terms of payment: No bid (except for bids made bythe United States) shall be accepted by the I.R.S, unless the same is accompanied by a certified check, money order or cashier's check in the amount of 20% of the minimum bid made payable to the Clerk of the United States District Court for the Middle District of Florida. Before being permitted to bid at the sale, all bidders shall display to the IRS proof that they are able comply with this requirement. No bids will be accepted from any person who has not presented proof that, if he or she is the successful bidder, he or she can make the deposit required by the Order.

The successful bidder shall pay the balance of the purchase price, in certified funds payable to the Clerk of the United States District Court for the Middle District of Florida, at the office of the IRS at 1899 Powers Ferry Rd., Atlanta, GA 30339 on or before November 11, 2013 by 3:30 P.M., sixty (60) days from the date of the sale.

In the event the successful bidder defaults on any of the terms contained in the Order, the deposit shall be forfeited and retained by the IRS as part of the proceeds of sale, and the real property shall again be offered for sale, without further permission of the Court, under the terms and conditions of the Order, or, in the alternative the real property shall be sold to the second highest bidder.

The United States may bid as a creditor against its judgments without tender of cash.

The sale of the real property shall be subject to confirmation by the Court. Upon confirmation of the sale and receipt of the entire purchase price, the Court shall issue and the IRS shall deliver to the purchaser, a deed conveying the real property to the purchaser. Upon confirmation of the sale, all interests in, liens against, or claims to, the real property that are or may be asserted by any of the parties to this action are discharged and extinguished.

The United States reserves the right to reject any and all bids and to withdraw the property form sale.

Form of Payment: All payments must be by certified check, cashier's check, or money order. Make check or money order payable to the Clerk of the United States District Court for the Middle District of Florida.

****IMPORTANT INFORMATION****

This is not an advertisement of a sale of seized property. This is an information notice only regarding a sale being conducted by the Internal Revenue Service as a result of the foreclosure of an Internal Revenue Service Federal Tax Lien by the Department of Justice.

****IMPORTANT INFORMATION****

If you want additional information about the property and proposed sale, please contact the office at the address below. Email inquiries are preferred.

Paul Reed
Property Appraisal & Liquidation Specialist
1899 Powers Ferry Rd., Ste. 250
Atlanta, GA 30339
paul.reed@irs.gov
www.irssales.gov
(770)826-1271

L2240-13 Aug 14, 21, 28, Sep 4, 2013

**Reed Paul**

---

**From:** Support [support@afxllc.com]
**Sent:** Tuesday, March 26, 2013 9:51 AM
**To:** Reed Paul
**Cc:** afxdata@gmail.com
**Subject:** AFX TitleSearch.com - Invoice (PAID)

# *INVOICE*

## AFX / TitleSearch.com

***AFX LLC***

*Date:* 3/26/2013

*Invoice #* 38304-1

*PO / Ref #:*

Remit To: AFX, LLC
4251 S Higuera St, Suite 701
San Luis Obispo, CA 93401
(877) 848-5337 EIN: 58-2510407

*Bill To:* Internal Revenue Service

*Rep:* Paul Reed

| DESCRIPTION | AMOUNT |
|---|---|
| TitleSearch.com Property Report | |
| Description: 1188 Ponte Vedra Blvd. Ponte Vedra Beach 32082 067375-0020 St. Johns Donald Hanks | $159.95 |
| | |
| | |
| | |
| | |
| | |
| | |
| ***PAID*** | |
| | |
| | |
| | |
| | |
| | |
| | |

# A-1-A LOCK & KEY, INC.

"Serving The Beaches For Over 50 Years"
333 2nd Avenue North
Jacksonville Beach, FL 32250
(904) 246-6751 FAX (904) 241-0027


NAME: US Govt
DATE: 06/05/1?
ADDRESS: Phil Robb
RES. PHONE:
LOCATION: 1188 PV Blvd.
BUS. PHONE:

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | CC | 20.00 | 40.00 |
| | 5568 7100 0023 28cc | | |
| | 11/30/14 073 | | |

CUSTOMER'S SIGNATURE X [signature]

AUTHORIZATION FOR SECURITY/EMERGENCY SERVICES
I hereby certify that I have the authority to order the lock, key or security work designated above. Further, I agree to absolve the locksmith who bears this authorization from any and all claims arising from the performance of such work.

SIGNATURE: DATE:
ADDRESS:

IF AUTO

| YEAR | MAKE | LICENSE/SERIAL NUMBER |
|---|---|---|
| | | |

| | |
|---|---|
| TOTAL MATERIALS | 40.00 |
| TOTAL LABOR ☐ SERVICE CHG. ☐ TRIP CHG. | 71 65.00 |
| SUBTOTAL | 105.00 |
| TAX | [illegible] |
| TOTAL | [illegible] |

B PRODUCT 619
10658

**WORK ORDER INVOICE**

| J | F | M | A | M | J | J | A | S | O | N | D | NR MA | JOB SCHEDULE | TIME | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | [illegible] | | [illegible] |

1188 Ponte Vedra Blvd
PVB 32082

JOB NAME AND ADDRESS

Internal Revenue Service
1999 Powers Ferry Rd
Atlanta, GA 30339
770.936.1271

SERVPRO

Servpro of Mandarin, Beaches and St. Augustine
P O Box [illegible]
Jacksonville FL [illegible]
[illegible]

| REP | SOURCE | AREA | INS. CO. | RETAILER/DLR | CREW CHIEF | EST. TOTAL UNITS | ACTUAL TOTAL UNITS | ESTIMATOR | OUTSIDE TERRITORY |
|---|---|---|---|---|---|---|---|---|---|
| RB | | Jax Bch | | | Edward Hector | | | | |

CREW | CREW | CREW | CREW | CREW | CREW

| DESCRIPTION OF SERVICES | CLASS CODE | RETAIL PRODUCTS | SUB-CONT. SERVICES | DIRECT SERVICES |
|---|---|---|---|---|
| General Cleaning Vacuum floor/carpet throughout | | | | 750.00 |
| Sales Tax | | | | 0.00 |
| SUBTOTALS BEFORE SALES TAX | | | | |
| ADDITIONAL PRODUCTS AND/OR SERVICES: | | | | |

OFFICE USE ONLY: METHOD OF PAYMENT. CHECK ☐ CASH ☐ OTHER ☐

QUALIFYING STATEMENTS:
"The customer acknowledges that permanently discolored, faded and/or bleached areas on carpet upholstery, drapery or other types of material sometimes make it impossible to restore the original color or condition. Spot removal is not guaranteed."

| | |
|---|---|
| TOTAL PRODUCTS AND/OR SERVICES | $750.00 |
| SALES TAX ON TAXABLE SALES ________ @ ____% | |
| TOTAL | |
| PREPAID AMOUNT (IF ANY) | |
| BALANCE DUE → | $750.00 |

TERMS OF PAYMENT: Unless otherwise specified on this invoice, payment is due in full upon completion. Interest will be charged at the maximum allowable by law, or at 1.5% per month, whichever is greater, on accounts over 30 days past due.

I HAVE READ THE TERMS AND CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF AND AGREE TO SAME.

X ______________________________
AUTHORIZED SIGNATURE

I HEREBY ACKNOWLEDGE THE SATISFACTORY COMPLETION OF THE ABOVE-DESCRIBED WORK.

X ______________________________
CUSTOMER'S SIGNATURE ☐ NO ONE HOME

29500 Revised 10/07

CUSTOMER COPY

Independently Owned and Operated

**Reed Paul**

**From:** customerservice@beachesenergy.com
**Sent:** Thursday, August 08, 2013 4:59 PM
**To:** Reed Paul
**Subject:** Beaches Energy Services E-Notification of Utility Bill

**Follow Up Flag:** Follow up
**Flag Status:** Red

Electronic Notification Information

You have a new e-notification from: JACKSONVILLE BCH

Account number: 1348090-246470 Cycle/Route: 05-01

Location Address:1188 PONTE VEDRA BLVD

City/State/Zip : PONTE VEDRA BEACH FL 32082

Customer Name : INTERNAL REVENUE SERVICE

Mailing Address: 1899 POWERS FERRY RD STE 250

City/State/Zip : ATLANTA GA 30339

Bill Period : 08/13

Bill Date : 8/08/13 Due Date : 8/29/13

Current charges: $15.72

Account balance as of 8/08/13: $15.72 +$4.95 CONVENIENCE FEE = $20.67 TOTAL

To view this bill please select or copy and paste the URL below into your Web browser address field:

http://www.beachesenergy.com

CURRENT CHARGES AND DUE DATE REFER TO CURRENT MONTH'S BILL ONLY.
IF ACCOUNT BALANCE INCLUDES A PREVIOUS BALANCE, PLEASE PAY IMMEDIATELY.
***
REMIT PAYMENT TO:
BEACHES ENERGY SERVICES
PO BOX 51389
JACKSONVILLE BEACH, FL 32240
***
OFFICE HOURS: MON-FRI 8:00-5:00
PHONE NO.: 904-247-6241,EXT 2
***
AUTOMATED PHONE PAYMENTS: 904-247-6241, EXT 1
ON-LINE WEB PAYMENTS: www.beachesenergy.com

**Thank you for your payment!**

Your payment made on 8/13/2013 for the amount of $15.72 from credit card number has been successfully submitted.

The Speedpay ™ confirmation number for this transaction is: 157967

Please print this page for your records.

**Return to home**

BEACHES ENERGY SERVICES

Page 1

SERVICE ADDRESS 1188 PONTE VEDRA BLVD

| CUSTOMER NO. - LOCATION NO. | CYCLE | BILL DATE | DUE DATE BY 5 P.M. |
|---|---|---|---|
| 1348090-246470 | 05-01 | 9/27/13 | 10/18/13 |

Last payment amount/date: 15.72 8/14/13

*** Final Bill ***

| | |
|---|---|
| Last Bill Amount | 5.72 |
| Payments | .00 |
| | .00 |
| Previous Balance | 5.72 |

| | Service Period | | Days | Meter Number | Mult | Units | Current | Previous | Usage |
|---|---|---|---|---|---|---|---|---|---|
| EL | 8/27/13 | 9/18/13 | 22 | 84659373 | 1.000 | KWH | 92776 | 92772 | 4 |

| Service | | Consumption | Charge | Total |
|---|---|---|---|---|
| EL | BASE CHG,RESIDENTIAL | | 4.50 | |
| EL | $.07557 / KWH | 4.00 | .30 | |
| EL | $.04484 POWER COST | 4.00 | .18 | |
| | TOTAL ELECTRIC | | | 4.98 |
| | FL GROSS RECEIPTS TX | | .12 | .12 |

| | |
|---|---|
| Total Current Charges | 5.10 |
| Previous Balance, Due Now | 5.72 |
| Total Amount Due | 10.82 |

CONVENIENCE FEE: 4.95

$15.77

CONFIRMATION #: 161064

PLEASE RETURN THIS PORTION OF BILL WITH YOUR PAYMENT

BEACHES | ENERGY SERVICES

SERVICE ADDRESS

1188 PONTE VEDRA BLVD

| CUSTOMER NO. - LOCATION NO. | CYCLE | BILL DATE | DUE DATE BY 5 P.M. |
|---|---|---|---|
| 1348090-246470 | 05-01 | 9/27/13 | 10/18/13 |

| | |
|---|---|
| Total Current Charges | 5.10 |
| Previous Balance, Due Now | 5.72 |
| Total Amount Due | 10.82 |

INTERNAL REVENUE SERVICE
1899 POWERS FERRY RD STE 250
ATLANTA GA 30339

0013480900002464700001082

# TREE MASTERS, INC.

512 Rutile Drive • Ponte Vedra Beach, FL 32082 • (904) 285-4625 Fax (904) 285-8572

1188 P.V.B

1) Remove Limb on Driveway

2) Haul off

300.00

Pd cHk # 114

Phillip

JAX 21707

Job ID: 3716?01

# 1-800-GOT-JUNK?®

THE WORLD'S LARGEST JUNK REMOVAL SERVICE

Jacksonville Franchise, 12180 Philips Hwy, Jacksonville, FL 32256
Main: 800-468-5865 Book an appointment, scheduling and customer service
Office: 904-288-9653 Billing inquiries, commercial account inquiries
Jacksonville@1800gotjunk.com
Each Franchise Locally Owned and Operated

Date: 3/9/2015
Team:
Route#:
Start Time:
End Time:
Moving: ☐

YELLOW COPY CLIENT
WHITE COPY OFFICE

Name: Paul Reed

Company Name:

Pickup Address: 1189 ... Vedra Blvd

City: State/Prov: Zip/Postal: 32082

Home #: (770) 826-1591 Cell #:

Fax #: Office #:

Email:

| Bill Type | Load Size | Description | Price |
|---|---|---|---|
| V | Full | HOUSE Clean out | 1344 |
| | | | |
| | | | |
| | | | |

Bill Type: V - Volume, B - Bedload, S - Surcharge, SP - Standard Item Price

| | |
|---|---|
| Other | |
| Subtotal | |
| Tax | |
| Tax | |
| **Total** | 1344 |

**HOW DID YOU LEARN ABOUT US?**

Tax ID: 37-1657262

☐Cash ☐Debit ☐Check # ☐Other

☒M/C ☐VISA ☐AMEX Name (as it appears on card):

CC#: ☐☐☐☐-☐☐☐☐-☐☐☐☐-2800

Signature: X [signature] Exp Date:

☐Invoice Contact #: PO #:

Name: Mailing Address:

City: State/Prov: Zip/Postal: 3?339

Job Completion Signature: X [signature] Date:

TERMS: All accounts are due upon receipt unless credit has been established. Overdue accounts are subject to interest not higher than the maximum allowable interest rate as determined by law. As owner, agent, or tenant of the above location, I hereby agree the work has been satisfactorily completed and understand that I no longer own the items that have been removed.

HANK

LoopNet

**Remit Payment To:**
LoopNet, Inc.
File 1054
1801 W. Olympic Blvd.
Pasadena, CA 91199-1054

**For Billing Inquiries:**
Tel: 800-725-3872 or 626-803-5100
Fax: 626-803-5191
Email: billing@loopnet.com

## INVOICE



Customer ID 365946
Invoice No INV19228776
Invoice Date 9/8/2013

*LoopNet Tax ID: 77-0463987*

**Contact:**
Paul Reed
1899 Powers Ferry Rd., Ste. 250
Atlanta, GA 30339

**Bill to:**
Paul Reed
Vinings
Vinings, GA 30339

| Payment Terms | Customer PO | Billing Cycle | Service Period |
|---|---|---|---|
| Due Upon Receipt | | MONTHLY | 9/8/2013 - 10/7/2013 |

| Description | Price | Discount | Qty | Amount |
|---|---|---|---|---|
| Premium Lister with Network Distribution - Individual \| 4 Premium Listing Plan | $79.14 | $0.00 | 1 | $79.14 |

| | | |
|---|---|---|
| **Sub-Total:** | | **$79.14** |
| Sales Tax: | | $0.00 |
| **Total Due:** | **USD** | **$79.14** |

Detach and enclose this portion with your payment

**PAYMENT COUPON**

**Bill to:**
Paul Reed
Vinings
Vinings, GA 30339

Customer ID 365946
Invoice No INV19228776
Invoice Date 9/8/2013

Amount Due **$79.14**
Invoice Currency USD
Amount Enclosed

LoopNet

**REMIT TO:**
LoopNet, Inc.
File 1054
1801 W. Olympic Blvd.
Pasadena, CA 91199-1054

Address Correction

HANK

DataSphere

3350 161st Ave SE Bellevue, WA 98008

# Sales Receipt

| Date | Sale No. |
| --- | --- |
| 9/4/2013 | R5510373861 |

| AccountID | 12507003 |
| --- | --- |

Sold To

Paul N Reed
Internal Revenue Service
1899 Powers Ferry Rd. Ste. 250
Atlanta, GA 30339

| Description | Amount |
| --- | --- |
| LandWatch Agent Unlimited Featured Listings | $49.99 |

If you have any questions regarding this sales receipt please call (866) 905-8259

**Total** $49.99