UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:09-cv-00101-J-20-MCR**

**DONALD F. HANKS;
JENNIFER SPANGLER ARNSTEIN;
ALICE B. HANKS;
DENNIS W. HOLLINGSWORTH,
Tax Collector of St. Johns County, Florida;
ROTHERWICK TRADE VENTURES;
AMSOUTH RETIREMENT SERVICES, INC.,
Formerly known as RETIREMENT
ACCOUNTS, INC., Trustee; and
VILLA DEL MAR HOMEOWNERS
ASSOCIATION, also known as
VILLA DEL MAR CLUSTER HOMES, INC;**

**Defendants.**
_______________________________________/

**ORDER**

This cause is before this Court on Plaintiff's "Unopposed Motion by United States to Amend Order Imposing Contempt Sanctions" (Dkt. 188). In this motion, Plaintiff asks this Court to amend its prior Order (Dkt. 185) as to the amount of the compensatory monetary sanction against Defendant, Donald F. Hanks. The amount of the expenditures actually incurred by the IRS as a result of the damage was less than initially thought. Upon receipt of all of the actual invoices, the sanction amount is $14,499.00 rather than $14,915.00.

Accordingly, it is hereby **ORDERED**:

Plaintiff's "Unopposed Motion by United States to Amend Order Imposing Contempt Sanctions" (Dkt. 188) is **GRANTED**; and the decretal portion of this Court's prior Order (Dkt. 185)

is modified to the following:

Defendant is required to pay Plaintiff $14,499.00 for damage to the Property immediately.

**DONE AND ENTERED** at Jacksonville, Florida, this 2nd day of December, 2013.

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Phillip Doyle, Esq.
David B. Ferebee, Esq.
Nina M. LaFleur, Esq.